# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CARLOS CHAVEZ-FLORES

VERSUS

OHIO SECURITY INSURANCE
COMPANY

NO.   2023 CW 0518

**AUGUST 14, 2023**

---

In Re:   Ohio   Security   Insurance   Company,   applying   for
         supervisory   writs,   19th   Judicial   District   Court,
         Parish of East Baton Rouge, No. 698602.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DISMISSED.**  Defendant/Relator, Ohio Security Insurance
Company, filed a motion to withdraw its writ application based
upon a settlement confected between Defendant, Ohio Security
Insurance Company, and Plaintiff, Carlos Chavez-Flores, on June
21, 2023.  Accordingly, this writ application is dismissed.

                         **PMc**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.c_

_____
       DEPUTY CLERK OF COURT
         FOR THE COURT